15 Linnaean St., Apt. 12A
Cambridge, MA 02138
617.868.1170

January 16, 2006

The Honorable George A. O'Toole, Jr.
U.S. District Court
One Courthouse Way
Boston, MA 02210

re: 1:04-cr-10155

Your Honor:

    I am writing to renew my petition for early termination of supervised release. Please find my original letter of April 9, 2005 attached.

    My reasons for requesting early termination remain the same: I plan to continue my job search this summer and feel that I will be hampered by travel restrictions.

    I have now nearly completed 40 months, or two-thirds, of my supervised release without incident. I am happy to say that I am a productive and responsible citizen: I voted in the 2004 election; I have lobbied at the State House on behalf of my union, MSCA; I am a conscientious Adjunct Professor of English and an expectant father. I desire nothing more than to provide for my family in a humble and dignified manner.

    Thank you for reviewing my case.

Sincerely,

Nicholas Fillmore, Jr.