Nicholas Fillmore
15 Linnaean St., Apt. 12A
Cambridge, MA 02138

April 9, 2005

U.S. District Court
One Courthouse Way
Boston, MA 02210

Your Honor:

    I am writing to petition the court for early termination of supervised release.

    I was originally sentenced in the Northern District of Illinois on 5/9/00 for Conspiracy to Import Controlled Substance. I was sentenced by The Honorable Charles R. Norgle, Sr. to 94 months of incarceration followed by 5 years of supervised release. I was released from incarceration on 10/4/02 with an expiration date of 10/3/07. Jurisdiction was transferred to District of Massachusetts on 7/19/04 with Docket 1:04-cr-10155. On 12/2/04 I was placed into the administrative caseload due to overall compliance.

    In addition, I recently returned to Chicago to testify at trial. Assistant U.S. Attorney Diane MacArthur oversaw the case and has said she is willing to write a character reference, though her office has a policy against recommending early release.

    I am asking the court for early termination because I feel that the travel restrictions imposed will make it difficult to impossible to attend a number of professional conferences and job interviews this summer. I am currently a Visiting Lecturer in the English Department at Framingham State College. During the past two years I have worked as an adjunct professor at Newbury College and Quincy College as well. As job openings in academia tend to be fairly spur of the moment, and interviews bunched together in July and August, scheduling travel with two weeks lead time and specific itineraries becomes highly problematic. It also requires constant paperwork to visit my parents and sisters in Connecticut with whom I am close.

    I was married last year and my wife and I look forward to starting a family. While I have nothing to say regarding the punitive function of probation, I feel that as a rehabilitative measure it may actually be counterproductive to my full integration into society at this point. Thank you for reviewing my case.

Sincerely,

Nicholas Fillmore, Jr.